Joseph A. Kaufman, No. 228319
**JOSEPH KAUFMAN & ASSOCIATES, INC.**
117 E. Colorado Blvd., Suite 340
Pasadena, CA 91105
Telephone: (626) 250-0405
Facsimile: (626) 768-7066
joe@lemonlawaid.com

Attorney for Plaintiffs ANSELMO PORTILLO
and NORMA PORTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO PORTILLO, an individual, and NORMA PORTILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05356-MCS-JDE<br><br>*Assigned to Judge Mark C. Scarsi*<br><br>**PLAINTIFFS ANSELMO PORTILLO AND NORMA PORTILLO'S NOTICE OF ACCEPTANCE OF DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>*Filed Concurrently With [Proposed Judgment]*<br><br>Action Filed:    June 22, 2022<br>Trial Date:    None Set<br><br>Removal Date:    August 2, 2022 |

PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs Anselmo Portillo and Norma Portillo, through their undersigned counsel of record, hereby accept and provide notice that they have accepted Defendant Ford Motor Company's Offer of Judgment to Plaintiffs, dated December 16, 2022. A true and correct copy of Plaintiffs' acceptance is attached hereto as Exhibit 1.

Date: December 20, 2022          **JOSEPH KAUFMAN & ASSOCIATES, INC.**

By: _____

JOSEPH A. KAUFMAN
Attorney for Plaintiffs
ANSELMO PORTILLO and
NORMA PORTILLO

# EXHIBIT 1

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendants FORD MOTOR COMPANY


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| ANSELMO PORTILLO, an individual, and NORMA PORTILLO, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No:2:22-cv-05356-MCS-JDE<br>Dist. Judge: Mark C. Scarsi<br>Mag. Judge: John D. Early<br>Courtroom: 7C<br><br>**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |


**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Defendant Ford Motor Company ("Ford") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1.   Ford will pay to ANSELMO PORTILLO and NORMA PORTILLO ("Plaintiffs") the sum of $45,000.00 in restitution and other damages relating to the 2021 Ford Mustang, VIN 1FA6P8R09M5550254 ("Subject Vehicle").

2.   This Offer is inclusive of all damages, restitution, costs, attorneys' fees, expenses, penalties, pre-judgment interest, post-judgment interest, and any

other sums or amounts or claims that have been asserted by Plaintiffs in this action.  Therefore, if this Offer is accepted, Plaintiffs shall not be entitled to seek further damages, costs, attorneys' fees, expenses, penalties, pre-judgment interest, post-judgment interest, or any other sums or amounts or claims in this action.

3.   Plaintiffs will file a Stipulation of Dismissal, with prejudice as to all clams and causes of action, within 14 days after Ford Motor Company tenders the final amounts due to Plaintiffs and Plaintiffs' counsel.  Plaintiffs are not required to execute any separate release of claims.

4.   Ford will waive all claims it may have for costs and fees in this action.

5.   Pursuant to Federal Rules of Civil Procedure Rule 68, this Offer can be accepted by signing a statement that the offer is accepted.  Set forth below is a statement indicating acceptance of this Offer that may be signed by counsel for Plaintiffs.  If this offer is not accepted and notice given by Plaintiffs within the 14-day time period provided by Rule 68 of the Federal Rules of Civil Procedure, then I shall be deemed withdrawn.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, if this Offer is not accepted and Plaintiffs fail to obtain a more favorable judgment, Plaintiffs shall not recover post-offer costs, including attorney fees from the date of this Offer, and shall be required to pay Ford's costs from the time of the offer. Further, the Court, in its discretion, may require

2

1   Plaintiffs to pay a reasonable sum to cover Ford's post-

2   offer costs of the services of Ford's expert witnesses, who

3   are not regular employees of any party, actually incurred

4   and reasonably necessary in either, or both, the

5   preparation or trial of this case by Ford.

6

7   Dated:   December 16, 2022 GATES, GONTER, GUY,
                               PROUDFOOT & MUENCH, LLP
8

9                            By: _____
                                MATTHEW M. PROUDFOOT
10                              Attorneys for Defendant FORD
                                MOTOR COMPANY
11

12

13       I hereby accept the offer on the terms stated on behalf

14   of Plaintiffs.

15

16   Dated:                     By: _____
                                   JOSEPH KAUFMAN
17                                 Attorney for Plaintiffs, ANSELMO
                                   PORTILLO and NORMA PORTILLO
18

19

20

21

22

23

24

25

26

27

28
                                  3

DEFENDANT FORD MOTOR COMPANY'S OFFER OF

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 38 Discovery, Ste 200, Irvine, California 92618. My electronic service address is eservice@g3pmlaw.com.

On the date set forth below, I served on the party listed below the foregoing document(s) described as:

**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

☒    **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to **joe@Lemonlawaid.com; norma@lemonlawaid.com; dulce@lemonlawaid.com; gavin@lemonlawaid.com** pursuant to Civil Procedure §1010.6(a)

Joseph A. Kaufman, Esq.
JOSEPH KAUFMAN & ASSOCIATES
117 E. Colorado Blvd., Suite 340
Pasadena, CA 91105
Tel: 626-250-0405
Fax: 626-768-7066
*Attorney for Plaintiff*

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 16, 2022,** at Irvine, California.

/s/  *Heidi Dufour*
Heidi Dufour

DEFENDANT FORD MOTOR COMPANY'S OFFER OF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 20, 2022, I filed the foregoing document entitled **PLAINTIFFS ANSELMO PORTILLO AND NORMA PORTILLO'S NOTICE OF ACCEPTANCE OF DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Dulce Rojas

_____
Dulce Rojas