JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO PORTILLO, an individual, and NORMA PORTILLO, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-05356-MCS-JDE<br><br>*Assigned to Judge Mark C. Scarsi*<br><br>[PROPOSED] **JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Action Filed:   June 22, 2022<br>Trial Date:      None Set<br><br>Removal Date:  August 2, 2022 |

1

[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

Pursuant to Plaintiffs Anselmo Portillo and Norma Portillo's ("Plaintiffs") acceptance of Defendant Ford Motor Company's ("Defendant") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is ordered, adjudged, and decreed:

Judgment is entered in favor of Plaintiffs and against Defendant in the sum of $45,000.

Dated: December 22, 2022

Mark C. Scarsi
United States District Judge

[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68